# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VERONICA CRONEY AND FRANK
CRONEY

VERSUS

CITY PARISH OF EAST BATON
ROUGE, BREC FOUNDATION, THE
RECREATION AND PARK
COMMISSION FOR THE PARISH OF
EAST BATON ROUGE

NO.  2025 CW 0229

**JUNE 18, 2025**

---

In Re:    The Recreation and Park Commission for the Parish of East Baton Rouge ("BREC"), applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669609.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT GRANTED.** The district court's January 30, 2025 judgment denying the motion for summary judgment filed by defendant, The Recreation and Park Commission for the Parish of East Baton Rouge, is reversed. A motion for summary judgment shall be granted where the evidence demonstrates that there is no genuine issue of material fact, and the mover is entitled to judgment as a matter of law. La. Code Civ. P. art. 966(A)(3). As the party moving for summary judgment, defendant sustained its initial burden of proof and established a prima facie case that it was entitled to immunity pursuant to La. R.S. 9:2795. The burden then shifted to plaintiffs to produce factual support sufficient to establish the existence of a genuine issue of material fact with regard to whether the defendant willfully or maliciously failed to warn against a dangerous condition. See La. R.S. 9:2795(B). **Souza v. St. Tammany Par.**, 2011-2198 (La. App. 1st Cir. 6/8/12), 93 So. 3d 745, 749. A failure to warn of a dangerous condition connotes a conscious course of action, and is deemed willful or malicious when action is knowingly taken or not taken, which would likely cause injury, with conscious indifference to the consequences thereof. **Id.** at 750. Plaintiffs failed to meet their burden. Accordingly, defendant's motion for summary judgment is granted and the claims asserted by plaintiffs, Veronica Croney and Frank Croney, against defendant, The Recreation and Park Commission for the Parish of East Baton Rouge, are dismissed.

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT